1 | SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
2 | ELLIOT W. GALE (BAR # 263326)
EGale@sagarialaw.com
3 | JOE B. ANGELO (BAR # 268542)
JAngelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
5 | Roseville, CA 95661
408-279-2288 ph
6 | 408-279-2299 fax

7 | Attorneys for John Klenke

8 | UNITED STATES DISTRICT

9 | NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11

| | |
|---|---|
| JOHN KLENKE, | Case No.: 5:17-cv-02964-LHK |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT COLUMBIA COLLECTION SERVICE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)** |
| v. | |
| TRANSUNION, LLC, ET AL., | |
| Defendants. | **Complaint Filed: May 23, 2017** |
| | Judge:      Hon. Lucy H. Koh |
| | Crtrm:      8 |
| | Floor:      4 |
| | Location:  280 South First Street |
| |                 San Jose, California |

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

1

To the Clerk of the Court for the Northern District of California – San Jose Division:

2

Plaintiff John Klenke, pursuant to Federal Rules of Civil Procedure, Rule 55(a),

3

requests that the Clerk enter the default of defendant Columbia Collection Service, Inc. for

4

failure to plead or otherwise timely defend against the instant action.

5

Defendant Columbia Collection Service, Inc. was served with a copy of the Summons

6

and Complaint and other required documents as shown in the accompanying Proof of Service

7

under Federal Rule of Civil Procedure, Rule 4(c) on June 1, 2017 at 10888 SE Main Street

8

#200, Milwaukie, Oregon 97222, with "Nicole" accepting service.

9

The applicable time for defendant Columbia Collection Service, Inc. expired on June

10

22, 2017.  Defendant Columbia Collection Service, Inc. has failed to respond to the complaint.

11

12

**SAGARIA LAW, P.C.**

13

14

Dated: August 14, 2017                                    By:      */s/ Elliot Gale*
                                                                              Elliot W. Gale
                                                                              Attorneys for Plaintiff John Klenke

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT COLUMBIA COLLECTION
SERVICE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a) -2-
Case No. 5:17-cv-02964-LHK