1  Katherine Carlton Robinson, Esq.  (IN #31694-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  krobinson@schuckitlaw.com

5  *Lead Counsel for Defendant Trans Union, LLC*

6

7  David Streza, Esq. (CSB #209353)
   Vogl Meredith Burke LLP
8  456 Montgomery Street, 20th Floor
   San Francisco, CA  94104
9  Telephone:  415-398-0200
   Fax:  415-398-2820
10 E-Mail:  dstreza@vmbllp.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN KLENKE,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC; COLUMBIA COLLECTION SERVICE, INC.; and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 5:17-cv-02964-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff John Klenke ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-02964-LHK**

| | |
|---|---|
| | Respectfully submitted, |
| Date: August 23, 2017 | s/ Elliot W. Gale |
| | Scott J. Sagaria, Esq. |
| | Elliot W. Gale, Esq. |
| | Joseph B. Angelo, Esq. |
| | Scott M. Johnson, Esq. |
| | Sagaria Law, P.C. |
| | 2033 Gateway Place, 5th Floor |
| | San Jose, CA  95110 |
| | Telephone:  (408) 279-2288 |
| | Fax:  (408) 279-2299 |
| | E-Mail:  sjsagaria@sagarialaw.com |
| |            egale@sagarialaw.com |
| |            jangelo@sagarialaw.com |
| |            sjohnson@sagarialaw.com |
| | |
| | *Counsel for Plaintiff, John Klenke* |
| | |
| Date: August 23, 2017 | s/ Katherine E. Carlton Robinson |
| | Katherine E. Carlton Robinson, Esq. |
| |   (IN #27254-49) |
| |   (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  krobinson@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | David Streza, Esq. (CSB #209353) |
| | Vogl Meredith Burke LLP |
| | 456 Montgomery Street, 20th Floor |
| | San Francisco, CA  94104 |
| | Telephone:  415-398-0200 |
| | Fax:  415-398-2820 |
| | E-Mail:  dstreza@vmbllp.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| | |
| | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-02964-LHK**