United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN KLENKE,<br><br>       Plaintiff,<br><br>   v.<br><br>TRANSUNION, LLC, et al.,<br><br>       Defendants. | Case No. 17-CV-02964-LHK<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC ONLY**<br><br>Re: Dkt. No. 23 |

Based upon the stipulation of Plaintiff and Defendant TransUnion, LLC and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 5:17-CV-02964-LHK, is dismissed as to Defendant TransUnion, LLC, with prejudice.

IT IS HEREBEY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: August 23, 2017

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-02964-LHK
ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC ONLY