UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN KLENKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA COLLECTION SERVICE, INC.,<br><br>　　　　　Defendant. | Case No. 17-CV-02964-LHK<br><br>**ORDER GRANTING MOTION TO DISMISS DEFENDANT COLUMBIA COLLECTION SERVICE, INC., WITHOUT PREJUDICE** |

An initial case management conference was held on August 30, 2017. Plaintiff moved to dismiss Defendant Columbia Collection Service, Inc., without prejudice. The Court GRANTED the motion to dismiss Defendant Columbia Collection Service, Inc., without prejudice.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: August 30, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 17-CV-02964-LHK
ORDER GRANTING MOTION TO DISMISS DEFENDANT COLUMBIA COLLECTION SERVICE, INC., WITHOUT PREJUDICE